# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT CHARLES TOTH, JR., | ) No. EDCV 11-1115-PA (AGR) |
| Petitioner, | ) |
| | ) JUDGMENT |
| v. | ) |
| BRENDA M. CASH, Warden, | ) |
| Respondent. | ) |

Pursuant to the Opinion and Order on a petition for writ of habeas corpus,

IT IS ADJUDGED that the petition for writ of habeas corpus and action ARE SUMMARILY DISMISSED for lack of subject matter jurisdiction.

DATED: October 12, 2011

_____
PERCY ANDERSON
United States District Judge